IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **Criminal No.**: CCB-19-036 |
| | ) | |
| DEVIN MITCHELL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of the Defendant Devin Mitchell's Motion for Additional Time In Which To File Motions, there being good cause shown, it is hereby

**ORDERED** that the motion is granted;

**ORDERED** that a Status Report as to Devin Mitchell will be provided by September 12, 2022; and it is further

**ORDERED** that he shall have additional time by which to file motions if his case is not resolved.

**ORDERED** THIS 24th day of _____August_____, 2022.

/s/
_____
CATHERINE C. BLAKE
United States District Court Judge