IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | **Criminal No.**:  CCB-19-036 |
| ) | |
| DEVIN MITCHELL ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STATUS REPORT**

***COMES NOW***, defendant Devin Mitchell and provides this Status Report as directed in the Court's Order filed as ECF #915.  Since the filing of the Court's Order granting the defendant's request for additional time to file motions, undersigned has continued to meet virtually with Devin Mitchell.  Mr. Mitchell also continues to consider the government's plea offer.  Review of the voluminous discovery continues to be undertaken with Mr. Mitchell.

Hence based upon Mr. Mitchell's need for additional time to consider the plea offer as well and continue review of the voluminous discovery, undersigned suggests providing another status report to the Court by October 28, 2022.

Patricia McLane, Esq., counsel for the Government, appreciates the need by the defense for additional time and does not oppose such a request.

OFFICES OF ELITA C. AMATO

Respectfully Submitted,

/s/
_____
Elita C Amato, Esq.
2111 Wilson Blvd. 8th Floor
Arlington, VA 22201
(703) 522-5900
(703) 997-7775 (fax.)

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was filed electronically through the ECF filing system on this 7th day of October 2022, thereby, providing service electronically upon all parties in this case.

_____/s/_____
Elita C. Amato